# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| KRISTY GUZAK, Administratrix of the Estate of Mark Kahuila, Deceased, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-05543-JMG |
| | : | |
| VIRTUAL RADIOLOGIC CORPORATION a/k/a VRAD, *et al.*, | : | |
| Defendants. | : | |

_____

## ORDER

**AND NOW**, this 28th day of July, 2020, upon consideration of Defendants, Virtual Radiologic Corporation a/k/a vRAD; vRAD Radiology Alliance, James Sloves M.D., Virtual Radiologic Professionals, LLC (vRAD) and Virtual Radiologic Professionals of California, P.A. (vRAD)'s Petition for Removal (ECF No. 1) and Plaintiff's Objection to Removal and Motion for Remand (ECF No. 2), as well as the supporting Memorandum of Law and Supplemental Briefing filed by the Parties, (ECF Nos. 5, 9, 10), and for reasons set forth in the accompanying Memorandum of Law, the Court finds that Defendants' Petition for Removal is untimely and improper and the United States District Court is without jurisdiction over this matter.

**IT IS THEREFORE ORDERED** that the matter be **REMANDED** to the Court of Common Pleas for the County of Philadelphia.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge